UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

In Re: ANAN MARK ELDREDGE )
Attorney at Law, Bar No. 9799 )
)
) Case No.: 2:16-ms-31-GMN
)
) **ORDER OF DISBARMENT**
)
)
)
)

On April 20, 2016, this Court entered an Order to Show Cause Disbarment, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 03, 2016. The Order to Show Cause provided Mr. Eldredge with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Eldredge. Failure to respond within 30 days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Anan Mark Eldredge, Nevada State Bar #9799, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this 27 day of June, 2016.

Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this 28 day of June, 2016, I caused to be served a true and correct copy of the foregoing ORDER to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

✓ Anan Mark Eldredge
c/o Michael J. Warhola, Esq.
625 S 6th Street
Las Vegas, NV 89101

Certified Mail No.: 7015 3010 0002 3530 7270

/s/
Deputy Clerk
United States District Court,
District of Nevada